UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.V., a minor, by and through his guardian ad litem, DONALD VILLARREAL and JAMES GREGORY, individually and as the Successor in Interest of the Estate of Larra Ann Gillis,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; OFFICER ROBIN LELAND; CORPORAL CAROLYN PELIOVA; CORPORAL DANIEL ANDRADA,<br><br>Defendants. | No. 2:17-mc-0151 TLN DB<br><br>ORDER |

On November 6, 2017, plaintiffs filed an amended motion to quash. (ECF No. 4.) Plaintiffs' motion is noticed for hearing before the undersigned on December 1, 2017, pursuant to Local Rule 302(c)(1). However, the parties have not filed the required joint statement. Instead, the parties have filed a memorandum of points and authorities, an opposition, and a reply. (ECF Nos. 4, 5, 6.)

Local Rule 251(a) provides that at least seven days prior to the hearing of a discovery motion, a "Joint Statement re Discovery Disagreement" shall be filed. "All arguments and briefing that would otherwise be included in a memorandum of points and authorities supporting

1

or opposing the motion shall be included in this joint statement, and no separate briefing shall be filed." Local Rule 251(c). The hearing of a discovery dispute "may be dropped from the calendar without prejudice if the Joint Statement re Discovery Disagreement" is not filed at least seven days prior to the noticed hearing date. Local Rule 251(a). In light of the parties' failure to cooperate on, and timely file, a joint statement the undersigned will continue the hearing of plaintiffs' motion to quash.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 1, 2017 hearing of plaintiffs' amended motion to quash (ECF No. 4) is continued to **Friday, December 29, 2017,** at **10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned; and

2. On or before December 22, 2017, the parties shall file a joint statement that complies with the Local Rules and the undersigned's Standard Information.[1]

Dated: November 28, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\bv0151.mot.hrg.cont.ord

---

[1] Specifically, the parties are advised that: (1) joint statements filed before the undersigned shall not exceed twenty-five pages, excluding exhibits; (2) a courtesy copy of the joint statement, with declarations, exhibits and other attachments tabbed, is mandatory and should be delivered to the Clerk of Court at least seven (7) days before the hearing; and (3) the undersigned strictly enforces meet and confer requirements. See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db