UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.V., a minor, by and through his guardian ad litem, DONALD VILLARREAL and JAMES GREGORY, individually and as the Successor in Interest of the Estate of Larra Ann Gillis,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; OFFICER ROBIN LELAND; CORPORAL CAROLYN PELIOVA; CORPORAL DANIEL ANDRADA,<br><br>Defendants. | No. 2:17-mc-0151 TLN DB<br><br><br>ORDER |

This action came before the court on December 29, 2017, for hearing of plaintiffs' amended motion to quash. (ECF No. 4.) Attorney Jamie Goldstein appeared on behalf of the plaintiffs. Attorney Jill Williams appeared on behalf of the defendants.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' November 6, 2017 amended motion to quash (ECF No. 4) is granted in part and denied in part.

////

1

2. Defendants' subpoena is modified to seek production of:

> Any abstracts of judgment, movement and transfer records, medical requests, disciplinary records, administrative hearing files, investigative materials, reports of criminal conduct and any related investigative reports, and visitor requests forms pertaining to Larra Ann Gillis from December 4, 2005 to December 4, 2015.

3. Within fourteen days of the date of this order the parties shall submit a proposed stipulated protective order that governs the above production of documents.

Dated: December 29, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\bv0151.oah.122917